# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Noble v. Cook County, et al., | FILED: JULY 22, 2008<br>08CV4147<br>JUDGE ST. EVE<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PH
Sunni Noble

| | |
|---|---|
| NAME (Type or print)<br>Lawrence V. Jackowiak | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Lawrence V. Jackowiak | |
| FIRM    Law Offices of Lawrence V. Jackowiak | |
| STREET ADDRESS    20 North Clark Street, Suite 1700 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6231003 | TELEPHONE NUMBER<br>312-795-9595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES X    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES X    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES X    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |