AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

|  |  |  |
|---|---|---|
| Sunni Noble, | CASE NUMBER: | 08CV4147 |
| V. | ASSIGNED JUDGE: | JUDGE ST. EVE |
| Cook County, et al., | DESIGNATED MAGISTRATE JUDGE: | MAGISTRATE JUDGE NOLAN |

TO: (Name and address of Defendant)

Thomas Dart, Cook County Sheriff
c/o Sheriff of Cook County General Counsel
50 West Washington Street
Richard J. Daley Center, Room 704
Chicago, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**July 22, 2008**

**Date**

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE _July 22 2008_ |
| NAME OF SERVER *(PRINT)* _Michael Lawrence_ | TITLE _File Runner_ |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☒ Other (specify): _Hand delivered to Carol McFadden at the office of legal affairs 50 West Washington Street Richard J. Daley Center Room 704 Chicago Illinois 60602_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _7.22.2008_          _Michael Lawrence_
            Date          Signature of Server

**LAW OFFICES OF
LAWRENCE V. JACKOWIAK
20 N. CLARK, SUITE 1700
CHICAGO, IL  60602**

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.