UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUNNI NOBLE, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2596 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Amy J. St. Eve |
| COOK COUNTY; | ) | |
| THOMAS DART, Cook County Sheriff; and | ) | |
| Cook County Correctional Personnel | ) | |
| NOAH ROBINSON | ) | |
| SGT, ELLIOTT GREENE, and | ) | |
| Unknown Cook County Correctional Officer | ) | |
| JOHN DOE | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  **Lawrence V. Jackowiak**
**Law Offices of Lawrence V. Jackowiak**
**20 North Clark Street, Suite 1700**
**Chicago, IL 60602**

     **PLEASE TAKE NOTICE** that on August 18, 2007, at 8:30 a.m., I shall appear before the Honorable Amy J. St. Eve in the courtroom usually occupied by him in Room 1241 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD.**

                                                                             Respectfully Submitted,
                                                                             RICHARD A. DEVINE
                                                                             State's Attorney of Cook County

                                By:    /s/Michael A. Kuczwara Jr.
                                                          Michael A. Kuczwara Jr.
                                                          500 Richard J. Daley Center
                                                          Chicago, Illinois 60602
                                                          (312) 603-3233

## CERTIFICATE OF SERVICE

    I, Michael A. Kuczwara, Assistant State's Attorney, certify that I served this notice by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage and via the CM/ECF system in accordance with Local Rule 5.9 of the Northern District of Illinois on August 6, 2008.

                                                    <ins>/s/Michael A. Kuczwara Jr.</ins>
                                                    Michael A. Kuczwara Jr.